UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHUBBUCK,<br><br>        Plaintiff,<br><br>vs.<br><br>HAYDEN, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-01810-OWW-DLB-P<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION**<br><br>**AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>(Doc. 5)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**<br>(Doc. 3) |

    David Chubbuck ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 20, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On January 10, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    On February 8, 2007, the Court issued an Order Adopting the
2 Findings and Recommendations and denying plaintiff's motion for
3 preliminary injunctive relief.  The Court's February 8, 2007
4 Order erroneously stated that plaintiff did not file objections
5 to the Findings and Recommendations.
6    On March 5, 2007, plaintiff filed a motion for
7 reconsideration of the Court's February 8, 2007 Order based on
8 the Court's failure to reference the objections.
9    Due to the erroneous statement in the Order Adopting the
10 Findings and Recommendation, plaintiff's motion for
11 reconsideration filed March 5, 2007 is HEREBY GRANTED.
12    In accordance with the provisions of 28 U.S.C.
13 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
14 de novo review of this case, including plaintiff's January 10,
15 2007 objections to the Findings and Recommendations filed
16 December 20, 2007.  Having carefully reviewed the entire file,
17 the Court finds the Findings and Recommendations to be supported
18 by the record and by proper analysis.
19    As an initial matter, the Court advises plaintiff that while
20 he has declined to consent to jurisdiction of the United States
21 Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
22 Rule 72-302, in cases brought by persons in custody who are
23 seeking relief authorized by 42 U.S. §1981 et.seq., dispositive
24 motions, including motions for preliminary injunctive relief, are
25 referred to the Magistrate Judge for findings and recommendations
26 to the District Judge.
27    As discussed by the Magistrate Judge, plaintiff's motion for
28 preliminary injunction is premature.  While the Court has

determined that service of the complaint is appropriate pursuant to 28 U.S.C. § 1915A, the Complaint has not yet been served on defendants. In order to issue an injunction, the Court must have jurisdiction over the parties and the claim. Once defendants are before the Court, plaintiff may seek preliminary injunctive relief by filing and serving an appropriate motion.

Finally, the purpose of a preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. University of Texas v. Camenisch, 451 U.S. 390, 395 (1981). The Court's ruling on a motion for preliminary injunctive relief does not foreclose the subsequent adjudication of the case on the merits.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 20, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's Motion for Preliminary Injunctive Relief, filed December 13, 2006, is DENIED, without prejudice to refiling at a later time.

IT IS SO ORDERED.

**Dated:  March 12, 2007**           /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE