# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHUBBACK,<br><br>    Plaintiff,<br><br>    v.<br><br>R.N. HAYDEN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-CV- 1810 OWW DLB<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff DAVID CHUBBACK ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 13, 2006. On March 13, 2007, the Court found that plaintiff's complaint appears to state cognizable claims for relief against defendants Hayden, Brown, Sedwick, Diep, Castillo and Igbanosa for deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment. Because plaintiff is not proceeding in forma pauperis, the Court advised that it is plaintiff's responsibility to effect service of the summons and complaint on defendants. On March 30, 2007, plaintiff filed a motion seeking assistance with service pursuant to Federal Rule of Civil Procedure 4(c)(2).

Plaintiff's request is HEREBY GRANTED. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, a Notice of Submission of Documents, an instruction sheet and a *complete* copy of the complaint filed December 13, 2006, which includes Document Numbers 1 and 3 on the Court's Docket .

2. Within fifteen (15) DAYS from the date of this Order, Plaintiff shall complete the

attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    One completed USM-285 form for each defendant listed above; and

    b.    Six (6) copies of pages 12 - 78 of the endorsed complaint filed December 13, 2006. Plaintiff already submitted and the Court is in receipt of six copies of pages 1 - 11 of the complaint.

3. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

4. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **April 13, 2007**          /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE