UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHUBBUCK, | 1:06-cv-1810-OWW-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 45) |
| vs. | **ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 30, 31, 34, 36, 40 and 43) |
| HAYDEN, et al., | |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 10, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen days (15) days. To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1.   The Findings and Recommendations, filed March 10, 2008, are ADOPTED IN FULL;

     2.   Plaintiff's motions for preliminary injunctive relief, filed July 11, 2007, July 20, 2007, August 28, 2007, October 19, 2007, January 1, 2008 and February 13, 2008 are DENIED.

IT IS SO ORDERED.

**Dated:    March 28, 2008**                     **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE