# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHUBBUCK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HAYDEN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV- 1810 OWW DLB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME<br><br>(Doc. 52).<br><br>ORDER DIRECTING CLERK OF COURT TO SEND TO PLAINTIFF APPLICATION TO PROCEED IFP<br><br>**Dispositive Motion Deadline: November 26, 2008.** |

　　　　Plaintiff David Chubback ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 13, 2006.  On August 29, 2008, plaintiff filed a request for a sixty-day extension of time. (Doc. 52).  Having reviewed the court docket, it appears that the only outstanding deadline is the date for filing dispositive motions, which are currently due by September 23, 2008. (Doc. 51).   Good cause appearing, the court shall extend the deadline for the filing of dispositive motions by sixty days, to November 26, 2008.

　　　　Plaintiff has also indicated that he intends to file an application to proceed in forma pauperis (ifp) and a motion for appointment of counsel.  There is no deadline for the filing of an application to proceed ifp or to file a motion for appointment of counsel, and plaintiff may file either request with the Court at any time.  To assist plaintiff, the Court shall direct the Clerk of the Court to send plaintiff an application to proceed in forma pauperis for plaintiff to complete.

///

1  IT IS SO ORDERED.

2  **Dated:   September 11, 2008**               /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE