IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:06-cv-01810 OWW DLB P |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| vs. | (Doc. 44) |
| HAYDEN, et al., | |
| Defendants. | TWENTY DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983. On March 3, 2008, plaintiff filed a motion for preliminary injunctive relief. Defendants have not responded to plaintiff's motion.

Accordingly, defendants are HEREBY ORDERED to respond to plaintiff's motion filed March 3, 2008 within 20 days of this order. Defendants' failure to respond as ordered will be taken as non-opposition to the motion.

IT IS SO ORDERED.

Dated:   **September 26, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE