# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:06-cv-01810-OWW DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE, AND |
| v. | |
| HAYDEN, et al., | ORDER DISREGARDING MOTION FOR EXTENSION OF TIME |
| Defendants. | (Doc. 57) |
| _____ / | |

Plaintiff David T. Chubbuck ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against defendants Hayden, Brown, Sedwick, Diep, Castillo and Igbanosa for deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment.

**Motion for Appointment of Counsel**

On November 10, 2008, plaintiff filed a motion for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). The court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997). .

In the present case, the Court has been unable to locate volunteer counsel to assist plaintiff in prosecuting this action. Therefore, plaintiff's motion for appointment of counsel is HEREBY

1

DENIED, without prejudice.

**Motion for Extension of Time**

Plaintiff has requested an extension of time for filing a third amended complaint.[1] Plaintiff states that the deadline is November 26, 2008.

Having reviewed the court docket, it appears that deadline for filing amended pleadings was February 25, 2008. November 26, 2008 is the current deadline for filing dispositive motions.

On April 21, 2008, Plaintiff filed a request for all scheduled dates to be moved 180 days due to medical illness. At the time of his request, the deadline for filing amended pleadings had already expired. The Court granted a 90 day extension of time on the remaining deadlines, thus extending the discovery deadline to July 23, 2008, and the dispositive motion deadline to September 23, 2008. (Doc. 51). Plaintiff was advised that he could file a second 90-day extension of time at a later date, if required. On August 29, 2008, plaintiff filed a further request to extend time. (Doc. 52). The only deadline pending was the dispositive motion deadline, and the Court granted plaintiff's request for a further sixty day extension. (Doc. 53). Dispositive motions are now due November 26, 2008. The Court is not aware of any order setting November 26, 2008 as the deadline for filing a third amended complaint.

Plaintiff offers no explanation for why he needs to file an amended complaint. Because there is no pending deadline for filing a third amended complaint, plaintiff's request for an extension of time is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **November 20, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] It does not appear that plaintiff has ever filed a first- or second- amended complaint.