# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:06-cv-01810-OWW DLB PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE NANDOR VADAS WOULD BE BENEFICIAL |
| v. | |
| HAYDEN, et al., | |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff David T. Chubbuck ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against defendants Hayden, Brown, Sedwick, Diep, Castillo and Igbanosa for deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment.

This Court has been provided with the opportunity to refer cases for settlement to the Honorable Nandor Vadas, a United States Magistrate Judge with the Northern District of California. Settlement conferences are held in person at a prison in the Sacramento Division of the Eastern District of California. Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference with Judge Vadas.[1]

The facility at which the settlement conferences are conducted is not a Level IV prison. Therefore, Defendants' counsel shall notify the Court whether there are security concerns that would

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

1

prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred to the prison for settlement only and then returned to a Level IV prison for housing.

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order.[2]

IT IS SO ORDERED.

Dated:   **November 21, 2008**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[2] The issuance of this order does not guarantee referral to Judge Vadas, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Vadas. If the case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.

2