# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:06-cv-01810-OWW DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| HAYDEN, et al., | (Doc. 63) |
| Defendants. | |

_____/

Plaintiff David T. Chubbuck, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 23, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 23, 2008, is adopted in full; and

1

1          2.      Plaintiff's motion for injunctive relief, filed March 3, 2008, is DENIED

IT IS SO ORDERED.

**Dated:     February 9, 2009**                              /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE

2