1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  STEVEN M. GEVERCER, State Bar No. 112790
   Supervising Deputy Attorney General
3  CATHERINE WOODBRIDGE GUESS, State Bar No.
   186186
4  Deputy Attorney General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 445-8216
    Fax: (916) 322-8288
7   E-mail: Catherine.Woodbridge@doj.ca.gov
   *Attorneys for Defendants*
8  *Felix Igbinosa, M. D., Sandra Sedwick, John Diep,*
   *Minirosa G. Brown, Marlon F. Castillo, M.D. and*
9  *Ilse Hayden Winters*

FILED
SEP 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12                          FRESNO DIVISION

|  |  |
|---|---|
| DAVID T. CHUBBUCK, | 1:06-CV-1810 OWW DLB PC |
| Plaintiff, | **STIPULATION AND ORDER RE:** |
| v. | **CUSTODIAN OF RECORDS** |
| R.N. HAYDEN, et al., |  |
| Defendants. |  |

Plaintiff David Chubbuck and defendants Felix Igbinosa, M. D., Sandra Sedwick, John Diep, Minirosa G. Brown, Marlon F. Castillo, M.D. and Ilse Hayden Winters hereby stipulate and agree that the custodian of records for plaintiff's medical records and the custodian of records for plaintiff's central file are not required to establish foundation of the records pursuant to Federal Rules of Evidence 901. The parties further stipulate and agree that no other objections are waived.

1

1  Dated: September 14, 2009

3                                       /s/ David Chubbuck
                                        Plaintiff David Chubbuck, in pro per

5  Dated: September 9, 2009             EDMUND G. BROWN JR.
                                        Attorney General of California
6                                       STEVEN M. GEVERCER
                                        Supervising Deputy Attorney General

8                                       /s/ Catherine Woodbridge Guess

9                                       CATHERINE WOODBRIDGE GUESS
                                        Deputy Attorney General
10                                      *Attorneys for Defendants*
                                        *Felix Igbinosa, M. D., Sandra Sedwick,*
11                                      *John Diep, Minirosa G. Brown, Marlon F.*
                                        *Castillo, M.D. and Ilse Hayden Winters*

13     IT IS HEREBY ORDERED that the custodian of records for plaintiff's medical records and

14  the custodian of records for plaintiff's central file are not required to establish foundation of the

15  records pursuant to Federal Rules of Evidence 901. No other objections are waived.

17     Dated:  9- 9 -0*/*

19                                       _____
20                                       JUDGE OF THE DISTRICT COURT

21  SA2007302226
    30856059.doc

                                        2