UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID T. CHUBBUCK, | ) | 1:06-cv-1810 OWW DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER RE MOTION FOR |
| | ) | CONTINUANCE OF TRIAL |
| v. | ) | |
| | ) | |
| R.N. HAYDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The motion by Defendants' counsel for a continuance of the trial has been fully considered.  After communication with the State Court Judge handling the case presently set to commence the week of September 21, 2009, it appears that case will conclude on or around September 25, 2009.

The motion for continuance of trial is DENIED.  This case will trail day-to-day commencing September 29, 2009 and jury selection will begin as soon as defense counsel Guest is available. It is expected that the trial in this case will commence September 29 or 30, 2009, subject to counsel's presence.

IT IS SO ORDERED.

1

Dated:  September 17, 2009           /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE