1  DAVID T. CHUBBUCK (596589)
   PLAINTIFF IN PRO PER
2  California Medical Facility
   POB 2500, T241
3  Vacaville, CA 95696-2500

**FILED**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SEP 24 2009
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID T. CHUBBUCK, | 1:06-CV-1810 OWW DLB PC |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| R.N. HAYDEN, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff David T. Chubbuck does hereby dismiss the following defendant: Marlon Castillo, M.D.

Dated:

_____
DAVID T. CHUBBUCK
Plaintiff In Pro Per

SA2007302226

It is so Ordered. Dated: 9-24-09

_____
United States District Judge

1

Notice of Dismissal (1:06-CV-1810 OWW DLB PC)