

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID T. CHUBBUCK, | ) | 1:06-cv-1810 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER TO IMMEDIATELY TRANSPORT TYPEWRITER |
| | ) | |
| v. | ) | |
| | ) | |
| HAYDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO: Litigation Coordinator B.C. Williams, and Kathleen Dickerson, Warden:   The typewriter owned by inmate David T. Chubbuck, K96589, presently located at Receiving & Release at California Medical Facility, Vacaville, is to be immediately transported to the United States District Court, 2500 Tulare Street, Fresno, California, 93721, Courtroom 3, Seventh Floor, the Honorable Oliver W. Wanger presiding, on September 29, 2009, before the close of business at 4:30 p.m.

SO ORDERED.

DATED:   September 29, 2009.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1