

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FELIX IGBINOSA,<br>SANDRA SEDWICK,<br>JOHN DIEP, MINIROSA BROWN,<br>ISLE HAYDEN WINTERS,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-01810-OWW-DLB- PC<br><br>NOTICE AND ORDER THAT EDWARD HOURNEL, # K-34830, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Jury trial in this matter commenced on September 29, 2009. Inmate witness **Edward Hournel**, # K-34830, has been withdrawn as a witness and is no longer needed by the Court in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 9-29-09

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1