FILED

SEP 29 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | 1:06-cv-1810 OWW DLB PC |
| Plaintiff, | ORDER RE REQUEST FOR TYPEWRITER PRIVILEGES, |
| v. | TELEPHONE PRIVILEGES TO ATTORNEY; AND TIME TO WORK |
| HAYDEN, et al., | ON TRIAL |
| Defendants. | |

Respectful request is hereby made to the appropriate person in authority at Corcoran State Prison to permit inmate David Chubbuck access to his typewriter, his legal file, telephone access to call his attorney, and the ability to work on his trial materials the evening of September 29, 2009.

SO ORDERED.

DATED:  September 29, 2009.

_____
Oliver W. Wanger
United States District Judge

1