


# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:06-cv-01810-OWW- DLB P |
| Plaintiff, | NOTICE AND ORDER THAT **Qiyam Pouge**, # **E-65357**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| HAYDEN, et.al. | |
| Defendants. | |

Jury trial in this matter commenced on September 29, 2009. Inmate witness **Qiyam Pouge**, # **E-65357** is no longer needed by the Plaintiff as a witness in these proceedings. At plaintiff's request, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. It is so ORDERED.

DATED: 9-27-09

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1