**FILED**

SEP 2 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:06-cv-01810-OWW-DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON SEPTEMBER 30, 2009, AT 8:00 A.M. |
| v. | |
| HAYDEN, et. al. | |
| Defendants. | |

Plaintiff David T. Chubbuck # K-96589, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, September 30, 2009, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 9-29-09

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1