FILED

SEP 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:06-cv-01810-OWW- DLB P |
| Plaintiff, | NOTICE AND ORDER THAT ANTHONY GORDON #D-22836, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| HAYDEN, et.al. | |
| Defendants. | |

Jury trial in this matter commenced on September 30, 2009. Inmate witness **Anthony Gordon, D-22836**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 9-30-09

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1