FILED
OCT 01 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CHUBBUCK, | CASE NO. 1:08-cv-01810-OWW- DLB P |
| Plaintiff, | NOTICE AND ORDER David T Chubbuck #K-96589, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| HAYDEN, et.al. | |
| Defendants. | |

Jury trial in this matter commenced on September 28, 2009. Inmate witness David T Chubbuck #K-96589, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10-1-09

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1